IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA STATE PRISON, et al,<br><br>    Defendants.<br>_____/ | 1:08-cv-00234-OWW-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO EITHER FILE A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE WITHIN SIXTY DAYS |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

1. Within **sixty (60) days** from the date of service of this order, plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, and submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint, **or in the alternative**, pay the $350.00 filing fee for this action;

2. **Failure to comply with this order will result in a recommendation that this action be dismissed**; and

3. **No requests for extension will be granted**.

IT IS SO ORDERED.

**Dated:    February 22, 2008**                /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE