# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA STATE PRISON, et al.,<br><br>    Defendants. | CASE NO. 1:08-cv-00234-OWW-SMS PC<br><br>ORDER DISREGARDING NOTICES IDENTIFIED BY PLAINTIFF AS MOTIONS<br><br>(Docs. 12 and 13) |

Plaintiff Ernest Miller ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 24, 2008, Plaintiff filed a notice informing the Court that he should be released in April and will be leaving the state due to constant threats against him by law enforcement. On April 25, 2008, Plaintiff filed another notice stating that he is being held beyond his release date. Although both notices are identified as motions, neither seeks relief from the Court and they are both HEREBY DISREGARDED.[1]

IT IS SO ORDERED.

**Dated:   May 8, 2008**                           **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE

---

[1] In any event, the Court has no jurisdiction in a civil rights action to remedy Plaintiff's complaint that he is being held beyond his release date. Wilkinson v. Dotson, 544 U.S. 74, 81-2, 125 S.Ct. 1242, 1248 (2005).

1