# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | CASE NO. 1:08-cv-00234-OWW-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR ORDER MANDATING RETURN OF LEGAL PROPERTY |
| v. | |
| CALIFORNIA STATE PRISON, et al., | (Doc. 15) |
| Defendants. | |

Plaintiff Ernest Miller ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 4, 2008, Plaintiff filed a motion asking the undersigned to issue an order mandating the return of his legal property.

Plaintiff is housed at High Desert State Prison and liberally construed, this action involves claims that his mail was tampered with, he was retaliated against, and he was discriminated against while at housed California State Prison-Corcoran.[1] The Court does not have jurisdiction in this action over prison officials at High Desert State Prison and therefore cannot issue an order mandating that they return Plaintiff's legal property to him. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006).

///

---

[1] In a separate order, the Court dismissed Plaintiff's complaint with leave to amend.

1

1    Accordingly, Plaintiff's motion is HEREBY DENIED.

3  IT IS SO ORDERED.

4  **Dated:    August 21, 2008**                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE