1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   ERNEST MILLER,                    CASE NO. 1:08-cv-00234-OWW-SMS PC

10               Plaintiff,      ORDER DENYING MOTION SEEKING
                                 ADVANCEMENT OF $1,000.00

11      v.

12   CALIFORNIA STATE PRISON, et al.,    (Doc. 19)

13              Defendants.
     _____/

14

15       Plaintiff Ernest Miller ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16 in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 22, 2008, Plaintiff filed a motion

17 seeking the advancement of $1,000.00.

18       There exists no fund from which Plaintiff may be advanced money.  Plaintiff's motion is

19 devoid of legal support and is HEREBY DENIED.

20

21 IT IS SO ORDERED.

22 **Dated:**   **August 25, 2008**          **/s/ Sandra M. Snyder**
                               UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

1