# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | CASE NO. 1:08-cv-00234-OWW-SMS PC |
| Plaintiff, | ORDER DISREGARDING OBJECTION |
| v. | (Doc. 22) |
| CALIFORNIA STATE PRISON, et al., | |
| Defendants. | |

Plaintiff Ernest Miller ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 22, 2008, Plaintiff filed a motion seeking the advancement of $1,000.00. The Court denied the motion in an order filed on August 25, 2008, on the ground that there exists no fund from which Plaintiff may be advanced money. Plaintiff filed an objection on September 8, 2008.

Plaintiff cites to Federal Rule of Appellate Procedure 24(a)(3) in support of his objection and contends that he may seek public assistance as an indigent. Plaintiff is incorrect. The Rule cited to applies to proceeding in forma pauperis on appeal, which is not relevant to Plaintiff's request for money. In relevant part, the in forma pauperis statute allows Plaintiff to proceed without prepayment of the filing fee and provides for service of process by the United States Marshal. The statute does not authorize the distribution of cash to Plaintiff. Plaintiff's motion and objection to the order denying it are utterly without merit, and the objection is disregarded.

///

///

1  Based on the foregoing, Plaintiff's objection, filed September 8, 2008, is HEREBY
2  DISREGARDED.

4  IT IS SO ORDERED.
5  **Dated:    September 11, 2008**              **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE