# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE PRISON, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:08-cv-00234-OWW-SMS PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 21) |

　　　　Plaintiff Ernest Miller ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 15, 2008. On August 22, 2008, the Court dismissed Plaintiff's complaint, with leave to amend, for failure to state any claims upon which relief may be granted. Plaintiff filed an amended complaint on September 5, 2008.

　　　　Pursuant to 28 U.S.C. § 1915A, the Court has screened Plaintiff's amended complaint and finds that it states cognizable claims for relief under section 1983 against Defendants Vikjord, Hernandez, Price, Freshcura, and Brandon for withholding Plaintiff's outgoing mail in violation of the First Amendment, and against Defendants Vikjord, Hernandez, and Price for retaliation in violation of the First Amendment. Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 518 F.3d 1152, 1157-58 (9th Cir. 2008). In light of very liberal notice pleading standards, Plaintiff's allegations that he is African-American and African-American prisoners are not liked on the yard by staff, Plaintiff may also proceed on an equal protection claim

///

against all five defendants. E.g., Johnson v. Riverside Healthcare System, LP, 534 F.3d 1116, 1122 (9th Cir. 2008).

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    **VIKJORD**

    **HERNANDEZ**

    **PRICE**

    **FRESHCURA**

    **BRANDON**

2. The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed September 5, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Six (6) copies of the endorsed amended complaint filed September 5, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   September 11, 2008**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE