# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE PRISON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00234-OWW-SMS PC<br><br>ORDER VACATING ORDER DIRECTING UNITED STATES MARSHAL TO INITIATE SERVICE OF FIRST AMENDED COMPLAINT<br><br>(Doc. 26) |

On September 24, 2008, the Court issued an order directing the United States Marshal to initiate service of the amended complaint. On September 15, 2008, Plaintiff filed a second amended complaint adding a party to this action.[1] Because the first amended complaint has now been superceded by the second amended complaint, the order directing the United States Marshal to initiate service of the first amended complaint is HEREBY VACATED.

The Court will address the second amended complaint in due course. 28 U.S.C. § 1915A. Plaintiff has now amended once as a matter of right and may not amend again without the Court's permission. Fed. R. Civ. P. 15(a).

IT IS SO ORDERED.

Dated:   September 25, 2008            /s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The second amended complaint was docketed on September 24, 2008.

1