# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | CASE NO. 1:08-cv-00234-OWW-SMS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION BASED ON LACK OF JURISDICTION |
| v. | |
| CALIFORNIA STATE PRISON, et al., | (Doc. 30) |
| Defendants. | ORDER DIRECTING CLERK OF COURT TO SERVE COURTESY COPY OF THIS ORDER ON WARDEN OF HDSP RE. PLAINTIFF'S SAFETY CONCERNS |
| _____/ | |

Plaintiff Ernest Miller ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 6, 2008, Plaintiff filed a motion seeking a preliminary injunction mandating that he be housed on single cell status due to safety concerns.

Plaintiff is currently housed at High Desert State Prison. The claims at issue in this action arise against prison officials at California State Prison-Corcoran from events which occurred when Plaintiff was housed at that prison. (Docs. 21, 24, 28.) This Court has no jurisdiction over prison official at High Desert State Prison concerning Plaintiff's current conditions of confinement there. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006).

///

It is HEREBY ORDERED that:

1. Plaintiff's motion for a preliminary injunction is DENIED on the ground that the Court lacks jurisdiction in this action to issue the order sought by Plaintiff.
2. In light of Plaintiff's safety concerns, the Clerk of the Court is DIRECTED to serve a courtesy copy of this order on the Warden of High Desert State Prison. The Warden is placed on notice via this order and is requested to look into Plaintiff's allegations that his safety is in danger if he is not housed on single cell status.

IT IS SO ORDERED.

**Dated:   October 19, 2008**           /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE