# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | CASE NO. 1:08-cv-00234-OWW-SMS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION |
| v. | (Doc. 32) |
| CALIFORNIA STATE PRISON, et al., | |
| Defendants. / | |

Plaintiff Ernest Miller ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 13, 2008, Plaintiff, who is housed at High Desert State Prison, filed a motion seeking an order mandating his transfer to a different prison.

The Court does not have jurisdiction to issue the order sought by Plaintiff, and has repeatedly informed Plaintiff that it lacks jurisdiction over officials at High Desert State Prison. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006). (Court Docs. 11, 17, 31.)

Plaintiff's motion seek relief that is unavailable from this Court and is HEREBY DENIED. IT IS SO ORDERED.

**Dated:   November 21, 2008**         /s/ Oliver W. Wanger
                                                              UNITED STATES DISTRICT JUDGE

1