# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | CASE NO. 1:08-cv-00234-OWW-SMS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION |
| v. | (Doc. 34) |
| CALIFORNIA STATE PRISON, et al., | |
| Defendants. / | |

Plaintiff Ernest Miller ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2008, Plaintiff, who is housed at High Desert State Prison, filed a motion seeking an order mandating his placement in a single person cell and money damages.

The Court does not have jurisdiction to issue the order sought by Plaintiff, and has repeatedly informed Plaintiff that it lacks jurisdiction over officials at High Desert State Prison. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006). (Court Docs. 11, 17, 31, 33.)

///
///
///
///

1

Plaintiff's motion seeks relief that is unavailable from this Court and it is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   December 4, 2008**                             /s/ Oliver W. Wanger
                                                                          UNITED STATES DISTRICT JUDGE