# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | CASE NO. 1:08-cv-00234-OWW-SMS PC |
| Plaintiff, | ORDER DENYING SECOND MOTION SEEKING ADVANCEMENT OF $1,000.00, WITH PREJUDICE |
| v. | |
| CALIFORNIA STATE PRISON, et al., | (Doc. 40) |
| Defendants. | |

Plaintiff Ernest Miller ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 12, 2009, Plaintiff filed his second motion seeking $1,000.00 in "advancement funds."[1] (Doc. 40.)

The Court already addressed this issue in an order filed on August 25, 2008. There exists no fund from which Plaintiff may be advanced money for legal supplies and other items. Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989). Plaintiff's motion is devoid of legal support and is HEREBY DENIED, with prejudice.

IT IS SO ORDERED.

Dated:    March 12, 2009          /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Although captioned a motion for a preliminary injunction, Plaintiff is seeking the advancement of funds so that he may purchase legal supplies and other items. The motion is not one seeking the issuance of a preliminary injunction, and shall therefore be resolved by the undersigned.

1