IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ERNEST MILLER,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA STATE PRISON, et al.,**<br><br>Defendants. | 1:08-cv-00234-OWW-SMS (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT TO MOTION TO DISMISS**<br><br>**(DOC#51)** |

The Court finds there is good cause to grant Defendants' request for an extension of time to file a reply brief in support of their motion to dismiss. Accordingly, Defendants shall have up to and including April 10, 2009, to file a reply brief in support of their motion to dismiss.

IT IS SO ORDERED.

**Dated:    April 10, 2009**           /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

Order