# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | CASE NO. 1:08-cv-00234-OWW-SMS PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE OF COURT RECORDS |
| v. | |
| CALIFORNIA STATE PRISON, et al., | (Doc. 49) |
| Defendants. | |

On March 20, 2009, Defendants filed a request for judicial notice of court records in support of their motion to dismiss. Defendants' request for judicial notice of the court's own records is HEREBY GRANTED. U.S. v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

IT IS SO ORDERED.

Dated:   May 1, 2009              /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE