# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | CASE NO. 1:08-cv-00234-OWW-SMS PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S PROCEDURALLY DEFICIENT MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CALIFORNIA STATE PRISON, et al., | (Doc. 56) |
| Defendants. | |

Plaintiff Ernest Miller is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 2, 2009, Plaintiff filed a motion for summary judgment.

Plaintiff is entitled to summary judgment if he makes a showing that there exists no genuine issue as to any material fact on his First Amendment and Fourteenth Amendment equal protection claims. Fed. R. Civ. P. 56(c). Further, Local Rule 56-260(a) requires that "[e]ach motion for summary judgment or summary adjudication shall be accompanied by a 'Statement of Undisputed Facts' that shall enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission or other document relied upon to establish that fact."

///
///
///
///

1    Plaintiff's motion is nothing more than a bare request for summary judgment. It is lacking
2 a statement of facts, argument, and relevant evidence.[1] Accordingly, the motion is procedurally
3 deficient, and is HEREBY ORDERED STRICKEN from the record for that reason.

IT IS SO ORDERED.

**Dated:**    **June 4, 2009**             /s/ Sandra M. Snyder
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] As evidence, Plaintiff submitted the first page of the recommendation that Defendants' motion to dismiss brought pursuant to 28 U. S. C. § 1915(g) be denied; a court order concerning his legal property issued in a different case; and two pages relating to two disciplinary proceedings against him at High Desert State Prison. None of this evidence is relevant to the claims in this action, which accrued at California State Prison-Corcoran.