# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | CASE NO. 1:08-cv-00234-OWW-SMS PC |
| Plaintiff, | ORDER ADDRESSING OBJECTION |
| v. | (Doc. 58) |
| CALIFORNIA STATE PRISON, et al., | |
| Defendants. | |

On June 18, 2009, Plaintiff Ernest Miller, a state prisoner proceeding pro se and in forma pauperis in this civil rights action, filed an objection to the Court's order striking his procedurally deficient motion for summary judgment. Plaintiff's objection is noted, but is found to be without any merit.

IT IS SO ORDERED.

**Dated:   June 23, 2009**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1